1  JILL GARCIA
   Nevada Bar No. 07805
2  jill.garcia@ogletreedeakins.com
   DANA B. KRULEWITZ
3  Nevada Bar No. 011180
4  dana.krulewitz@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV 89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant*

10               **UNITED STATES DISTRICT COURT**

11               **FOR THE DISTRICT OF NEVADA**

12
   MICHAEL LAVINE,                          Case No.:  2:14-cv-01591-JCM-NJK
13
                     Plaintiff,
14                                           **DEFENDANT'S REQUEST FOR**
   vs.                                       **EXEMPTION FOR INSURANCE**
15                                           **CARRIER TO ATTEND EARLY**
   VALOR SECURITY SERVICES, INC., a          **NEUTRAL EVALUATION SESSION**
16 Georgia Corporation,
17
                     Defendant.
18

19        Pursuant to LR- 16.6(e), Defendant, Mydatt Services, Inc. d/b/a Valor Security Services

20 (incorrectly named as Valor Security Services, Inc.)[1] ("Defendant"), by and through its

21 undersigned counsel, hereby submits this request that Defendant's insurance carrier representative

22 be exempted from attending the Early Neutral Evaluation Session ("ENE") in person, and requests,

23 to be present telephonically for the duration of the ENE.

24 ///

25

26 [1] Valor Security Services, Inc. was administratively dissolved in 2005.  As such, no such entity exists and Plaintiff has
27 named a non-existent legal entity.

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SUITE 1500, WELLS FARGO TOWER
3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1   Pursuant to the Order Scheduling the ENE (Dkt. #9), this case has been referred to the

2   Honorable Peggy A. Leen, United States Magistrate Judge, to conduct an ENE in Las Vegas,

3   Nevada on March 20, 2015, at 9:30 a.m.  Pursuant to the Court's Order, where a party is subject to

4   coverage by an insurance carrier, a representative of the insurance carrier, with authority to settle

5   the matter up to the full amount of the claim, must attend the ENE in addition to a party

6   representative.  Defendant is subject to coverage by an insurance carrier.  However, Bill Stejskal,

7   Senior Vice President of Human Resources will be present at the March 20, 2015 ENE.

8   In-person attendance by the insurance carrier is not necessary, as not having the claims

9   representative present will not inhibit or limit the parties' ability to negotiate or reach a potential

10   settlement because the retention threshold on the relevant insurance policy, which is above six

11   figures, far exceeds the amount of Plaintiff's claims.  Based upon the allegations contained in

12   Plaintiff's Complaint, the economic damages in this case are less than the six figure retention

13   threshold.  Additionally, Plaintiff's opening demand is within Defendant's Self Insured Retention

14   ("SIR").  Accordingly, although it is unclear what exactly constitutes the "full amount of the

15   claim" at this time, it does not appear that the full amount of the claim will come close to the above

16   six figure retention amount.  Because the full amount of this claim will likely not reach the

17   insurance retention threshold, to the extent a settlement is reached, the insurance carrier would not

18   be responsible or obligated to contribute to any such settlement.  Accordingly, in-person

19   attendance by an insurance representative is not necessary in this case.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1    Mr. Stejskal will be at the ENE and have binding authority to settle the matter on behalf of

2    Defendant.   Accordingly, Defendant believes that it would be unnecessary to have an insurance

3    representative required to attend in person and requests that the Court permit the same.

4    Dated this 5th day of March, 2015.

5                                           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

6

7                                           /s/ Dana B. Krulewitz
                                            Jill Garcia
8                                           Dana Krulewitz
                                            Wells Fargo Tower
9                                           Suite 1500
                                            3800 Howard Hughes Parkway
10                                          Las Vegas, NV  89169
                                            Telephone:  702.369.6800
11                                          Fax:  702.369.6888
                                            *Attorneys for Defendant*
12

13   ///                                    IT IS SO ORDERED this 10th day
                                            of March, 2015.
14   ///

15   ///

16   ///                                    Peggy A. Leen
                                            United States Magistrate Judge
17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

3