JILL GARCIA
Nevada Bar No. 07805
jill.garcia@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 011180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LAVINE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VALOR SECURITY SERVICES, INC., a Georgia Corporation,<br><br>　　　　Defendant. | Case No.: 2:14-cv-01591-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Michael Lavine ("Plaintiff") and Defendant Mydatt Services, Inc. d/b/a Valor Security Services (incorrectly named as Valor Security Services, Inc.)[1] ("Defendant"), by and through their respective undersigned counsel, that

///

///

///

---

[1] Valor Security Services, Inc. was administratively dissolved in 2005. As such, no such entity exists and Plaintiff has named a non-existent legal entity.

the above-entitled action shall be dismissed with prejudice, each party to bear its own fees and costs.

Dated this 8th day of April, 2015

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban

Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff*

Dated this 8th day of April, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Dana Krulewitz

Jill Garcia
Dana B. Krulewitz
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

/s/ James C. Mahan

UNITED STATES DISTRICT JUDGE
April 13, 2015
DATE

20693986.1

2